**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM JAMES TRUESDALE,

    Plaintiff,

v.                                             Case No. 8:13-CV-2571-T-30EAJ

STATE OF FLORIDA, et. al.,

    Defendants.
_____/

## ORDER

Plaintiff, a prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Dkt. 1) and a motion for leave to proceed in this action *in forma pauperis* (Dkt. 2). The instant complaint will be dismissed for the same reasons that Plaintiff's nearly identical complaint was dismissed at docket entry number 3 in Case Number 8:13-cv-2482-T-30TGW.

ACCORDINGLY, the Court **ORDERS** that:

1. Plaintiff's complaint (Dkt. 1) is **DISMISSED** without prejudice.

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED** as moot.

3. The Clerk is directed to terminate all pending motions and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 9, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro se* Plaintiff