# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIAM JAMES TRUESDALE,

    Plaintiff,

v.                                       Case No. 8:13-CV-2571-T-30EAJ

STATE OF FLORIDA, et. al.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's "Motion for Appointment of Counsel, Petition for an Order of Protection, or Prohibitory Injunction, or Preventive Injunction, or Quia-Timet Injunction, or Peparative [sic] Injunction, - Re: Notice of Intent to Sue, Waiver Sovereign Immunity, Notice of Intent to Pursuant [sic] Criminal Charges" (motion) (Dkt. 8). Plaintiff requests the Court appoint counsel to represent him in this action. Also, he appears to request that the United States District Court, Southern District of Florida, take jurisdiction over his pending state court cases (see Dkt. 8 at pp. 21-22). Plaintiff's motion is moot as this action was dismissed on October 9, 2013, and this case stands closed.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's motion (Dkt. 8) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on October 15, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to:</u>  *Pro se* Plaintiff